983 F.2d 56w
 Bankr. L. Rep. P 75,110
In re William J. McLAREN, Debtor.
Mohamed A. ATASSI, Individually and as Trustee of the
Mohamed A. Atassi, M.D., Inc. Pension Trust Fund;
and Mohamed A. Atassi, M.D., Inc.,
Plaintiffs-Appellees,
v.
William J. McLAREN, Defendant-Appellant.
 No. 92-3130.
 United States Court of Appeals,
Sixth Circuit.
 Submitted Nov. 10, 1992.
Decided Jan. 8, 1993.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 990 F.2d 850.